UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON HENRY,               )
                          )
              Plaintiff,  )     09 Civ. 7240 (BSJ)(MHD)
                          )
      v.                  )
                          )     **Order**
TURNER CONSTRUCTION CO.   )
et al.,                   )
                          )
              Defendants. )
---                       )

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    After having reviewed Magistrate Judge Michael H. Dolinger's Report and Recommendation dated February 1, 2010, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record.  See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

    Accordingly, Plaintiff's case is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close the case.

**SO ORDERED:**

/s/ Barbara S. Jones
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

New York, New York
April 5, 2010